# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FRANK CUSHENBERRY AND ROBIN
CUSHENBERRY, INDIVIDUALLY
AND ON BEHALF OF THE MINOR
CHILDREN, NOAH CUSHENBERRY
AND KHLOE CUSHENBERRY

NO.  2020 CW 1222

VERSUS

JOHNNY SCOTT AND BARBER
BROTHERS CONTRACTING
COMPANY, LLC

CONSOLIDATED WITH

BARBER BROTHERS CONTRACTING
COMPANY, LLC

VERSUS

CAPITOL CITY PRODUCE
COMPANY, LLC, FRANK
CUSHENBERRY, AND XYZ
INSURANCE COMPANY

**DECEMBER 30, 2020**

---

In Re:    Johnny Scott and Barber Brothers Contracting Company,
          LLC, applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No. 674957
          c/w 672217.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED.**    The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam) are not met.

                         JMG
                         PMc
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

     DEPUTY CLERK OF COURT
          FOR THE COURT